IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kubeczko, Donald W

Printed: 4/22/08

Case Number:  07 B 18425
Judge:  Wedoff, Eugene R
Filed:  10/8/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: March 6, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 423.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 400.16 |
| Trustee Fee: |  | 22.84 |
| Other Funds: |  | 0.00 |
| Totals: | 423.00 | 423.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Veronica D Joyner | Administrative | 2,700.00 | 400.16 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | 899 S Plymouth Court Condominium | Secured | 16,408.84 | 0.00 |
| 4. | Select Portfolio Servicing | Secured | 17,957.27 | 0.00 |
| 5. | B-Real LLC | Unsecured | 16,249.06 | 0.00 |
| 6. | Capital One | Unsecured | 2,070.99 | 0.00 |
| 7. | Capital One | Unsecured | 499.48 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 159.57 | 0.00 |
| 9. | US Bank | Unsecured | 4,999.98 | 0.00 |
| 10. | 899 S Plymouth Court Condominium | Unsecured | 0.00 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 651.42 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 1,370.88 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 285.61 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 2,095.28 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 289.56 | 0.00 |
| 16. | B-Real LLC | Unsecured | 13,055.35 | 0.00 |
| 17. | Portfolio Acquisitions | Unsecured | 4,889.95 | 0.00 |
| 18. | B-Real LLC | Unsecured | 1,246.61 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 481.45 | 0.00 |
|  |  |  | $ 85,411.30 | $ 400.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 22.84 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Kubeczko, Donald W | Case Number: 07 B 18425 |
| | Judge: Wedoff, Eugene R |
| Printed: 4/22/08 | Filed: 10/8/07 |

_____
$ 22.84

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

